NO. 07-12-0243-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL C
 
 AUGUST 15, 2012
 
 ______________________________
 
 
 GERARDO PEREZ III, APPELLANT
 
 V.
 
 THE STATE OF TEXAS, APPELLEE
 
 
 _________________________________
 
 FROM THE 64[TH] DISTRICT COURT OF HALE COUNTY;
 
 NO. A18570-1009; HONORABLE ROBERT W. KINKAID, JUDGE
 
 _______________________________
Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
 Following a plea of true to the State's motion to proceed, Appellant, Gerardo Perez III, was adjudicated guilty of evading arrest or detention with a vehicle and sentenced to one year in a state jail facility and a fine of $1,500. Pending before this Court is Appellant's Motion to Dismiss Appeal in which he represents he wishes to withdraw his notice of appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and his attorney. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.
 
 
 Patrick A. Pirtle
 Justice
Do not publish.